UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**05 MBD 10096**

-----------------------------------------------------------X

ORIX FINANCIAL SERVICES, INC.,

          Plaintiff,

03 CIVIL 4320(RCC)

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
JUDGMENT # 04,2026

-against-

R.J.M. EQUIPMENT CORP., ROBERT E. MCCABE, JR.,
and JOANNE K. MCCABE,

          Defendants.

-----------------------------------------------------------X

FILED IN CLERKS OFFICE
2005 FEB 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIVED FEB 1 4 2005
By____

I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on Nov 9 2004,..and no notice of appeal or motion pursuant to Rule 4 FRAP has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

Feb 7, 2005

                                          _J. Michael McMahon_
                                          Clerk

                                          (By) Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ORIX FINANCIAL SERVICES, INC.,

                Plaintiff,                      03 CIVIL 4320 (RCC)(THK)

    -against-                             **JUDGMENT**

R.J.M. EQUIPMENT CORP., ROBERT E. MCCABE,
JR., and JOANNE K. MCCABE,

                Defendants.
------------------------------------------------------------X

    Whereas on August 2, 2004, the Honorable Theodore H. Katz, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that the Court grant plaintiff (1) damages in the amount of $235,872.31; (2) prejudgment interest at the rate of $157.25 per day from September 5, 2002 through the date of judgment; and (3) attorneys' fees in the amount of $4,415, and the matter having come before the Honorable Richard C. Casey, United States District Judge, and the Court, on November 3, 2004, having rendered its Order adopting the report in its entirety and awarding plaintiff (1) damages in the amount of $235,872.31; (2) prejudgment interest at the rate of $157.25 per day from September 5, 2002 through the date of judgment of $125,013.75; and (3) attorneys' fees in the amount of $4,415 for a total award of $365,301.06, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2004, adopting the report in its entirety and plaintiff is awarded a total of $365,301.06; accordingly, the case is closed.

Dated: New York, New York
          November 8, 2004

                                              J. MICHAEL McMAHON
                                                Clerk of Court

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK        BY:
                                                 Deputy Clerk

BY
    DEPUTY CLERK                THIS DOCUMENT WAS ENTERED
                                  ON THE DOCKET ON 11/9/04



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIX FINANCIAL SERVICES, INC.

    Plaintiff,

- against -

R.J.M. EQUIPMENT CORP., ROBERT E. McCABE, JR., and JOANNE K. McCABE,

    Defendants.

03 Civ. 4320 (RCC) (THK)

ORDER

**RICHARD CONWAY CASEY, United States District Court Judge:**

    **WHEREAS**, the Court referred this matter to Magistrate Judge Theodore H. Katz for an inquest on damages after a default was granted against the defendants;

    **WHEREAS**, Judge Katz, by Report and Recommendation ("Report") dated August 2, 2004, recommended that the Court grant Plaintiff (1) damages in the amount of $235,872.31; (2) prejudgment interest at a rate of $157.25 per day from September 5, 2002 through the date of judgment; and (3) attorneys' fees in the amount of $4,415;

    **WHEREAS**, Defendants have not objected to the recommendation and the Court finds no clear error on the face of the Report, see Pizzaro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991);

    The Court adopts the Report in its entirety. Plaintiff is granted damages in the amount of $235,872.31; prejudgment interest at the rate of $157.25 per day from September 5, 2002 through the date of judgment; and attorneys' fees in the amount of $4,415. The Clerk of the Court is directed to enter judgment for Plaintiff and to close this case.

So Ordered: New York, New York
November 3, 2004

                                      Richard Conway Casey, U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _Jessica Hoss_
    DEPUTY CLERK