UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR -2 P 1: 23

| | | |
|---|---|---|
| ORIX FINANCIAL SERVICES, INC. | ) | SATISFACTION OF |
| | ) | JUDGMENT |
| Plaintiff, | ) | DISTRICT COURT |
| | ) | DISTRICT OF MASS |
| | ) | MBD NO. 05 MC 10096 |
| VS. | ) | |
| | ) | |
| R.J.M. EQUIPMENT CORP., ROBERT E. | ) | |
| MCCABE, JR. and JOANNE K. MCCABE | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

WHEREAS, on the 3rd day of November 2004, a judgment was recovered by Plaintiff, ORIX Financial Services, Inc., ("ORIX"), a New York corporation, against Defendants, R.J.M. Equipment Corp., Robert E. McCabe and Joanne K. McCabe, in the United States District Court for the Southern District of New York, in the amount of $365,301.06, which was filed in the District of Massachusetts on March 11, 2005; and for the sum of Ten Dollars and 00/100 Dollars ($10.00) and other valuable consideration, and

WHEREAS, the Judgment has been fully satisfied by settlement with the plaintiff, the receipt and sufficiency of all said sums paid to plaintiff being hereby acknowledged and confessed.

THEREFORE, satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the Judgment and to make an entry of the full and complete satisfaction on the docket of said judgment.

R.J.M. - McCabe Judgment Satisfaction February 2006

WITNESS my hand and seal this __17__ day of February 2006.

Signed, Sealed, and Delivered
In the presence of:

_____

ORIX Financial Services, Inc.

By: _____
Jean-Claude DeGrave
Vice President

State of Georgia          )
                          ) SS
County of Cobb            )

Subscribed and sworn to before the undersigned notary by Jean-Claude DeGrave this __15TH__ day of February 2006.

My Commission Expires: _____

Notary Public, Cobb County, Georgia
My Commission Expires August 24, 2008

_____
(Signature of Notary)

Leah Welman
(Print Name of Notary)

R.J.M. - McCabe Judgment Satisfaction February 2006